```
                                    FILED
                                  SEP 0 1 2009
                              CLERK, U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA
                            BY                         DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 09-CR-2043-GT |
| Plaintiff ) | |
| vs. ) | **ORDER FOR CONTINUANCE** |
| RIGOBERTO PACHECO-MONTES, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing presently set for Tuesday, October 20, 2009, at 9:00 a.m. be continued until Friday, November 20, 2009 at 9:00 a.m. The defendant, Rigoberto Pacheco-Montes remains in custody and the order accepting plea was entered on August 4, 2009.

**IT IS SO ORDERED.**

DATED: _August 2, 2009_

_____
HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE